IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>MONOLOTHIC POWER SYSTEMS, INC., a California corporation, <u>et al.</u>,<br><br>            Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 06-2929 CW<br><br>AMENDED ORDER SETTING SCHEDULE AND DISCOVERY LIMITS |

    This case has been transferred from the United States District Court for the Eastern District of Texas and was related to <u>Monolothic Power Systems, Inc. v. O2 Micro Limited International</u>, C 04-2000 CW.  The parties were ordered to file a joint statement as to whether they could adhere to the scheduling order set in the 04-2000 case.  Under that scheduling order, dispositive motions and claim construction will be heard on October 13, 2006; a case management conference is scheduled for December 8, 2006.

Because the parties do not agree that they can follow the schedule already set in the 04-2000 case, they have filed a joint statement with their proposed schedules.  MPS, ASMC, Asustek and Hsing believe that, with slight modifications, this case could remain on the same schedule as the 04-2000 case.  O2 Micro, Compal, DEI and DPC disagree.

The Court finds that part of the schedule can be set prior to the initial case management conference, which will be held on October 13, 2006.  The dates for the pre-trial conference and trial, however, will be set at the initial case management conference.  The Court determines that, with slight modifications, the patent issues of this case can stay on the same schedule as the 04-2000 case.  The Court sets the following schedule for the patent issues:

```
July 17, 2006      -- Opening expert reports
August 7, 2006     -- Rebuttal expert reports
August 18, 2006    -- Fact and expert discovery deadline
August 18, 2006    -- O2 Micro to file opening summary
                      judgment and claim construction motion
                      for both this case and the 04-2000 case
                      in a single brief
September 1, 2006  -- Defendants MPS, ASMC, Asustek, Compal
                      and Hsing to file opposition, and
                      their summary judgment and claim
                      construction motion preferably in a
                      single brief, but in no more than one
                      brief per party; if the other Defendants
```

2

|   |   |
|---|---|
| | join in MPS' brief, they may have five extra pages each to address issues not covered in MPS' brief; MPS' and ASMC's brief must address both this case and the 04-2000 case |
| September 15, 2006 -- | O2 Micro to file reply brief and opposition to the Defendants' motions in one brief |
| September 29, 2006 -- | Defendants to file reply, preferably in a single brief |
| October 13, 2006 -- | Hearing on claim construction and summary judgment motions and initial case management conference. |

With respect to the non-patent issues, the Court sets the following schedule:

|   |   |
|---|---|
| September 1, 2006 -- | Expert disclosures for party bearing burden of proof on issue |
| October 14, 2006 -- | Rebuttal expert disclosures |
| November 1, 2006 -- | Expert and fact discovery court-off |
| January 5, 2007 -- | Plaintiff's opening summary judgment brief (unless the parties decide that Defendants should file first) |
| January 19, 2007 -- | Defendants' (preferably joint) opposition to summary judgment and cross motion |
| January 26, 2007 -- | Plaintiff's reply brief to summary judgment motion and opposition to cross |

3

1                      motion

2      February 2, 2007  -- Defendants' reply on cross motion

3      February 16, 2007  -- Hearing on summary judgment motions

4      Defendants must file any motions directed at the pleadings
5 within two weeks from the date of this order.  Any opposition will
6 be due two weeks after the motion is filed, and the reply will be
7 due one week after the opposition is filed.  Plaintiff, Counter-
8 claimants and Cross-claimant must file any motions directed at the
9 pleadings within two weeks from the date of this order.  Any
10 opposition will also be due two weeks after the motion is filed,
11 and the reply will be due one week after the opposition is filed.
12 If the parties wish to add any additional parties or claims, they
13 must include their motions to do so within the briefs allowed
14 above.

15      The Court will not modify or alter Judge Ward's amended
16 discovery order; that order will continue to set the limitations
17 for discovery in this case.

18      IT IS SO ORDERED.

20 Dated: 7/10/06

                                             *Claudia Wilken*
                                      CLAUDIA WILKEN
                                      United States District Judge

**United States District Court**
For the Northern District of California