IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a California corporation, et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C 06-2929 CW<br><br>ORDER GRANTING IN PART O2 MICRO'S MOTION TO AMEND CASE MANAGEMENT SCHEDULE AND DENYING IT IN PART |

   O2 Micro International Limited moves to amend the schedule set forth in the Court's July 10, 2006 order, requesting more time in which to file its opening expert reports on the patent issues. Monolithic Power Systems, Inc. (MPS), Asustek Computer, Inc., Advanced Semiconductor Manufacturing Corporation Limited (ASMC) and Michael Hsing (collectively Defendants) oppose the motion.  Having considered the parties' papers, the Court GRANTS O2 Micro's motion (Docket No. 21) IN PART and DENIES it IN PART.

The Court sets forth the following amendments to its schedule for the patent issues:

O2 Micro has until August 7, 2006 to submit its opening expert reports. All other parties' opening expert reports, if not yet submitted, must be submitted a week from the date of this order. Rebuttal expert reports will be due seventeen days after the opening report. The expert discovery deadline for Defendants will be extended until August 31, 2006.

The rest of the schedule remains the same.

IT IS SO ORDERED.

Dated: 7/18/06

CLAUDIA WILKEN
United States District Judge