COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED,<br>Plaintiff,<br>v.<br>MONOLITHIC POWER SYSTEMS, INC., et. al.,<br>Defendants. | Case No. C 06-02929 CW<br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINE FOR FILING MOTIONS DIRECTED AT THE PLEADINGS**<br>Trial Date: Not Yet Set |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

WHEREAS, on July 10, 2006, the Court entered an Amended Order Setting Schedule and Discovery Limits in which it set a deadline of July 24, 2006 for all parties to file motions directed at the pleadings;

WHEREAS, O2 Micro International Limited ("O2 Micro"), Monolithic Power Systems, Inc. ("MPS"), ASUSTeK Computer, Inc. ("ASUSTeK), ASMC, Michael Hsing ("Hsing"), and Compal Electronics, Inc. ("Compal") are currently engaged in discussions which may resolve certain issues which otherwise would require a motion directed at the pleadings; and

WHEREAS, O2 Micro, MPS, ASUSTeK, ASMC, Hsing, and Compal require additional time to determine if they can resolve certain issues without Court intervention; and

WHEREAS, the other parties to the case do not oppose this motion; and

THEREFORE, O2 MICRO, MPS, ASUSTeK, ASMC, HSING AND COMPAL HEREBY NOTIFY THE COURT pursuant to Civ. L.R. 6-2 that they request that the deadline for filing motions directed at the pleadings be extended by one day, from July 24, 2006 to July 25, 2006, for all parties.

Dated: August 11, 2006               COOLEY GODWARD LLP


By: */s/ Matthew J. Brigham*
    Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:      (650) 843-5000
Facsimile:       (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO   80021-8023
Telephone:      (720) 566-4000
Facsimile:       (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD LLP
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:      (415) 693-2000
Facsimile:       (415) 693-2222

Attorneys for Defendants Monolithic Power Systems, Inc., Advanced Semiconductor Manufacturing Corporation Limited aka Advanced Semiconductor Manufacturing Corporation of Shanghai, ASUSTek Computer, Inc., and Michael Hsing

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION TIME
CASE NO. 06-2929 CW

Dated: July 24, 2006

By: */s/ Henry C. Su*

HOWREY LLP
Henry C. Su
1950 University Avenue, 4th Floor
Palo Alto, CA 94303-2281
Telephone: 650.798.3528
Facsimile: 650.4798.3600

HOWREY LLP
Korula T. Cherian
Duane H. Mathiowetz
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: 415.848.4900
Facsimile: 415.848.4999

**ATTORNEYS FOR**
**O2 MICRO INTERNATIONAL LTD.**

Dated: July 24, 2006

By: */s/ Hsiang H. Lin*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kai Tseng
Matthew J. Hult
Sanjeet K. Dutta
Hsiang H. Lin
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: 650.614.7400
Facsimile: 650.614.7401

**ATTORNEYS FOR**
**COMPAL ELECTRONICS, INC.**

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories

Dated: July 24, 2006

By: */s/ Matthew J. Brigham*
Matthew J. Brigham

| | |
|---|---|
| THE FOREGOING JOINT STIPULATION IS APPROVED AND IS SO ORDERED. | /s/ CLAUDIA WILKEN |
|         8/11/06<br>DATED:_____ | _____<br>CLAUDIA WILKEN<br>United States District Judge<br>Northern District of California |

256755 v1/CO

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION TIME
CASE NO. 06-2929 CW