UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., et. al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 06-02929 CW<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO MODIFY DEADLINE FOR FILING MOTIONS DIRECTED AT THE PLEADINGS** |

**ORDER**

The Court, having considered O2 Micro International Limited ("O2 Micro"), Monolithic Power Systems, Inc. ("MPS"), ASUSTeK Computer, Inc. ("ASUSTeK), ASMC, Michael Hsing ("Hsing"), and Compal Electronics, Inc. ("Compal") stipulation modifying the date to file motions directed at the pleadings set forth in this Court's July 10, 2006 Amended Order Setting Schedule and Discovery Limits and agreeing to certain other amendments to pleadings and patent local rule contentions, hereby GRANTS the parties' request.

1. O2 Micro shall file a Third Amended Complaint on July 26, 2006. Assuming the Third Amended Complaint is not substantively different than the draft exchanged on July 25, 2006, the parties will agree to the amendment under Rule 15(a) of the Federal Rules of Civil Procedure. The parties reserve the right to challenge the sufficiency of the causes of action pled in the Third Amended Complaint, including by filing one or more motions directed at the Third Amended Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.

2. MPS and Hsing shall file Amended Answers and Counterclaims in response to the Third Amended Complaint on July 28, 2006. Assuming the Amended Answers and Counterclaims are not substantively different than the draft exchanged on July 25, 2006, O2 Micro will agree to the amendments under Rule 15(a) of the Federal Rules of Civil Procedure. O2 Micro reserves the right to challenge the sufficiency of the defenses and Counterclaims pled in the Amended Answers and Counterclaims, including by filing one or more motions directed at the Amended Answers and Counterclaims pursuant to Rule 12 of the Federal Rules of Civil Procedure.

3. Compal shall file an Amended Answer and Affirmative Defenses in response to the Third Amended Complaint on July 28, 2006. Assuming the Amended Answer and Affirmative Defenses are not substantively different than the draft exchanged on July 25, 2006, O2 Micro will agree to the amendments under Rule 15(a) of the Federal Rules of Civil Procedure. O2 Micro reserves the right to challenge the sufficiency of the defenses pled in the Amended Answer and Affirmative Defenses, including by filing one or more motions directed at the Amended Answer and Affirmative Defenses pursuant to Rule 12 of the Federal Rules of Civil

Procedure.

4. On August 1, 2006, the parties shall file all motions directed at the pleadings. Oppositions to such motions are due on August 15, 2006. Reply briefs are due on August 22, 2006. No defenses under Rule 12 of the Federal Rules of Civil Procedure will be waived as a result of these motions being filed after the filing of the answers pursuant to the schedule above.

5. On July 28, 2006, MPS, Hsing, ASMC, Asustek, and Compal are permitted, under Patent L.R. 3-7, to serve updated preliminary invalidity contentions pursuant to Patent L.R. 3-3. O2 Micro agrees that good cause has been shown to allow these amendments and does not oppose allowance of these amendments.

6. On August 7, 2006, O2 Micro is permitted, under Patent L.R. 3-7, to serve updated preliminary infringement contentions pursuant to Patent L.R. 3-1. MPS, Hsing, ASMC, Asustek, and Compal agree that good cause has been shown to allow these amendments and does not oppose allowance of these amendments.

7. On August 24, 2006, MPS, Hsing, ASMC, Asustek, and Compal are permitted, under Patent L.R. 3-7, to serve additional updated preliminary invalidity contentions (if any) pursuant to Patent L.R. 3-3. O2 Micro agrees that good cause has been shown to allow these additional amendments and does not oppose allowance of these amendments.

8. O2 Micro will withdraw its Motion to Strike MPS' Expert Report on Issues Outside the Scope of the Case filed on May 23, 2006 in the related case *MPS v. O2 Micro*, 04 CV 2000 CW (Dkt # 200) and not oppose MPS and ASMC's Motion to Amend Answers and Preliminary Invalidity Contentions filed on May 23, 2006 in the related case *MPS v. O2 Micro*, 04 CV 2000 CW (Dkt # 205), provided the amended pleadings and contentions are consistent with those agreed upon in this action. MPS and ASMC shall be entitled to amend their answers and invalidity contentions and their expert reports will not be stricken on the bases set forth in O2 Micro's Motion to Strike (Dkt # 200). The parties will submit separate notices removing these motions from the Court's calendar.

1 | **IT IS SO ORDERED.**

2      8/11

3 Dated: _____, 2006                    /s/ CLAUDIA WILKEN

4                                                  _____
                                                   Claudia Wilken
5                                                  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      3.