IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., | No. C-04-02000 CW (EDL) |
| Plaintiff, | Consolidated with C-06-2929 CW (EDL) |
| v. | **ORDER SETTING BRIEFING SCHEDULE AND HEARING** |
| O2 MICRO INTERNATIONAL LIMITED, | |
| Defendant.    / | |

On September 11, 2006, Third-party Defendant Delta Electronics filed an emergency motion for hearing and de-designation of Defendant Compal's expert report of Jackie Lin as highly confidential - attorney's eyes only. Delta cited no authority for bringing an emergency motion; the proper mechanism for requesting that a matter be heard on an expedited basis is to file a motion to shorten time pursuant to Civil Local Rule 6-3. Nevertheless, the Court construes Delta's motion as requesting shortened time, which is granted in part. Defendant Compal filed an opposition to the emergency motion on September 13, 2006, stating, *inter alia*, that it could not unilaterally de-designate the information in the Lin report because MPS also designated the material as highly confidential - attorney's eyes only. Accordingly, no later than September 18, 2006, MPS shall file a brief addressing the confidentiality designation of the information in the Lin report and whether it would de-designate that material or allow a limited de-designation to permit Delta to show the information to its rebuttal expert. Delta shall file a reply responding to both Compal and MPS no

//
//
//

1 later than September 20, 2006. A hearing is scheduled for September 26, 2006 at 9:00 a.m.

2 **IT IS SO ORDERED.**

3 Dated: September 14, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge