1 COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**FINAL JUDGMENT** |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

1  On May 20, 2004, Monolithic Power Systems, Inc. ("MPS") filed this suit, No. C 04-2000 CW (EDL), against O2 Micro International, Ltd. ("O2 Micro") for a declaratory judgment finding O2 Micro's United States Patent No. 6,396,722 ("the '722 patent") invalid, not infringed, and unenforceable.  O2 Micro counterclaimed for infringement, alleging that MPS's MP1010, MP1010B, MP1011, MP1012, MP1013, MP1015, MP1016, MP1018, MP1022, MP1023, MP1024, MP1025, MP1026, and MP1027 inverter controllers, and products incorporating those controllers ("the Accused Products") infringed claims 1, 2, 9, 12, 14, and 18 ("the Asserted Claims") of the '722 patent.  O2 Micro also added MPS's foundry, Advanced Semiconductor Manufacturing Corporation ("ASMC") as a defendant.

On October 12, 2004, O2 Micro filed suit in the Eastern District of Texas against MPS for infringement of U.S. Patent No. 6,804,129 ("the '129 patent") in a case captioned *O2 Micro International Ltd. vs. Monolithic Power Systems, et al.*, 04-CV-00359 TJW (E.D. Texas) ("the Texas case").  On December 6, 2004, O2 Micro amended its complaint to: (1) accuse ASMC of infringing the '129 patent, and (2) accuse ASUSTeK Computer Inc. ("ASUS") and Compal Electronics ("Compal") of infringing U.S. Patent No. 6,259,615 ("the '615 patent"), as well as the '722 and '129 patents.  On March 28, 2006, the Texas case was transferred to this Court and docketed as *O2 Micro International, Ltd. v. Monolithic Power Systems, et al.*, 06-CV-02929 CW.  The transferred case was deemed "related" to No. C 04-2000 CW (EDL), and the two cases were consolidated.

On October 11, 2006, the Court, pursuant to stipulation, dismissed O2 Micro's claims with respect to the '129 patent with prejudice.  (D.I. 579.)

On February 8, 2007, the Court granted summary judgment of non-infringement of the '615 patent in favor of ASUS and Compal.  (D.I. 741.)

On April 30, 2007, a jury trial with respect to infringement and validity of the '722 patent began.

On May 10, 2007, the Court granted judgment of no contributory infringement as a matter of law in favor of ASMC.

On May 11, 2007, Compal was dismissed with prejudice.  (D.I. 1023.)

1      On May 15, 2007, the jury rendered a verdict.  (D.I. 1045.)

2      On September 28, 2007, the Court issued its Findings of Facts and Conclusions of Law
3 with respect to MPS and ASUS's counterclaims of unenforceability of the '722 patent.
4 (D.I. 1168.)

5      The Court has previously dismissed numerous non-patent claims, counterclaims and third-
6 party claims by order or pursuant to stipulation of the affected parties.  (*See* D.I. 587, 657, 658,
7 661, 801, 1049, 1142.)

8      The Court now issues its final judgment disposing of all remaining claims and
9 counterclaims based upon the jury's verdict and these dispositions,

10     **IT IS HEREBY ORDERED AND ADJUDGED THAT**:

11     1.     ASUS does not infringe any of claims 1, 2, 15, 16, 17, 18, 29, 35, or 40 of the
12 '615 patent;

13     2.     O2 Micro shall take nothing on its claims with respect to the '615 patent against
14 ASUS;

15     3.     ASMC does not contributorily infringe any of the Asserted Claims of the '722
16 patent;

17     4.     The Accused Products, and ASUS's products incorporating the Accused Products,
18 do not infringe any of claims 1, 2, 9, or 18 of the '722 patent;

19     5.     The Accused Products, and ASUS's products incorporating the Accused Products,
20 do not literally infringe either claim 12 or 14 of the '722 patent, but they do infringe claims 12
21 and 14 of the '722 patent under the doctrine of equivalents;

22     6.     Notwithstanding any infringement, all the Asserted Claims of the '722 patent are
23 invalid under 35 U.S.C. §§ 102(b) and 103;

24     7.     MPS and ASUS have not proven by clear and convincing evidence that the
25 '722 patent is unenforceable due to inequitable conduct by O2 Micro before the United States
26 Patent and Trademark Office; and

27     8.     O2 Micro shall take nothing on its claims and counterclaims against MPS, ASUS,
28 and ASMC with respect to the '722 patent.

**IT IS SO ORDERED.**

Dated: _____October 24_____, 2007    _____

Honorable Judge Claudia Wilken